**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

GREGORY ALLEN PEET, SR., )
)
Plaintiff, )
)
v. )     No. 1:26-cv-00041-SNLJ
)
SCOTT COUNTY MISSOURI, et al., )
)
Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion to proceed *in forma pauperis* on appeal. ECF No. 14. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. *See* ECF No. 11; 28 U.S.C. § 1915(a)(3). It is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion to proceed *in forma pauperis*.

Accordingly,

**IT IS HEREBY ORDERED**  that Plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 14] is **DENIED**.

Dated this 17th day of June, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE